# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LINDA FREEMAN**                                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 1:16-CV-48-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Linda Freeman and against the Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

DATED this 18th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE